Leo F. Donahue, Esq. - SB#114484
LEO F. DONAHUE, INC.
11344 Coloma Road, Suite 160
Gold River, California 95670
Tel: (916) 859-5999
Fax: (916) 859-5984

Attorney for Plaintiff
CLAUDIA A. LILLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA A. LILLARD,<br><br>            Plaintiff,<br><br>v.<br><br>VPL, INC.; a California Corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants.<br>_____ | CASE NO. 2:07-CV-00518-LKK-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS STIPULATED between the parties, and the court may order that:

   The court order the dismissal of this action in its entirety with prejudice pursuant to a Confidential Settlement Agreement and Mutual Release; the parties to be responsible for their own costs and attorney fees.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**                      cl005.pld

```
 1  Dated: July 30, 2007            LEO F. DONAHUE, INC.
 2
 3                                  /s/ Leo F. Donahue
                                    LEO F. DONAHUE,
 4                                  Attorney for Plaintiff
                                    CLAUDIA A. LILLARD
 5
 6  DATED: July 30, 2007            FITZPATRICK, SPINI & SWANSTON
 7
 8                                  /s/ B. James Fitzpatrick
                                    B. JAMES FITZPATRICK,
 9                                  Attorney for Defendant,
                                    VPL, INC.
10
11       IT IS SO ORDERED.
12
13  DATED: July 30, 2007.
14
15                              _____
                                LAWRENCE K. KARLTON
16                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
17
```

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**                    c1005.pld
                                    2